

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00494-CR

**EX PARTE** Richard Anthony **BALDEZ**

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 2519
Honorable Sarah Garrahan, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order denying the application for writ of habeas corpus as frivolous on its face is REVERSED and the case is REMANDED to the trial court with instructions to enter a written order within 30 days from the date of this judgment, which order must include findings of fact and conclusions of law on the issue of whether appellant Richard Anthony Baldez received ineffective assistance of counsel, specifically whether (1) appellate counsel failed to notify Baldez of his right to prepare and file a pro se petition for discretionary review, and (2) but for that deficient performance, Baldez would have filed a pro se petition for discretionary review. The trial court clerk is ORDERED to prepare a supplemental clerk's record containing the trial court's order, including its findings of fact and conclusions of law, and to file the supplemental clerk's record in this court no later than 10 days from the date the trial court enters the order. In addition, if a hearing is conducted, the court reporter is ORDERED to file a reporter's record of the transcript of the hearing within 10 days from the date the trial court conducts the hearing.

SIGNED May 14, 2014.

_____
Rebeca C. Martinez, Justice